**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PATRICK DUNCAN,                        :
                                       :     CIVIL ACTION
                  Plaintiff,           :
                                       :
        v.                             :
                                       :     NO.  14-1305
THE CHESTER COUNTY HOSPITAL,           :
                                       :
                  Defendant.           :

## ORDER

**AND NOW**, this *29ᵗʰ* day of *March*, 2016, upon consideration of **(1)** Plaintiff Patrick Duncan's Motion for Partial or Full Summary Judgment (Docket No. 31), Plaintiff's Proposed Undisputed Statement of Facts (Docket No. 32), Defendant Chester County Hospital's Response in Opposition to Plaintiff's Motion for Partial or Full Summary Judgment (Docket No. 36), and Defendant's Response to Plaintiff's Proposed Undisputed Statement of Facts (Docket No. 37); **(2)** Defendant's Motion for Summary Judgment (Docket No. 33), Defendant's Statement of Undisputed Material Facts (Docket No. 34), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Docket No. 42), Plaintiff's Statement of Disputed Genuine Issues of Material Fact (Docket No. 43), Plaintiff's Response to Defendant's Statement of Undisputed Material Facts (Docket No. 44), and Defendant's Reply (Docket No. 47); and **(3)** Plaintiff's Memorandum of Law Supplementing His Summary Judgment Positions (Docket No. 53) and Defendant's Response (Docket No. 54), it is hereby **ORDERED** that Plaintiff's Motion for Partial or Full Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

**JUDGMENT IS ENTERED** for Chester County Hospital against Patrick Duncan on the entirety of the Complaint.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:


 _/s/ Lawrence F. Stengel_____
LAWRENCE F. STENGEL, J.